# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) Bankruptcy/Adv. Case No: 19-15331-MER |
| William Allan Major | ) Chapter: 11 |
| Debtor(s), | ) |

## NOTICE OF DEFICIENCY, REQUIREMENT TO CURE, AND RECOMMENDATION TO STRIKE FOR FAILURE TO COMPLY WITH FED.R.B.P. 9011(a)

William Allan Major _____ has/have filed the following pleading:

Motion For Voluntary Dismissal Of Chapter 11

The document as filed does not comply with Fed.R.B.P. 1008 or 9011(a) as follows:

- [ ] The petition, lists, schedules, statements or amendments thereto have not been verified (signed) by the debtor.
- [ ] Has not been signed by an attorney of record in the attorney's individual name.
- [✓] Has not been signed by a party (or all parties).
- [ ] Each paper shall state the signer's address and phone number if any.
- [ ] Does not contain original hand-written signature(s) as required on pleadings filed on paper, copies of signatures do not comply.

Attached herewith is a photocopy of the signature page of the deficient document identified herein. This deficiency may be cured by signing and returning this page to the Clerk along with this notice, or by appearing in the Office of the Clerk, locating the unsigned document, and effecting signature thereon at the time. Fed.R.B.P. 9011(a) further states that "[i]f a document is not signed, it shall be stricken unless it is signed promptly after the omission is called to the attention of the person whose signature is required." Therefore,

NOTICE IS HEREBY GIVEN that if the above-referenced deficiency is not cured on or before the date shown below, the Clerk shall recommend to the Court that this matter be stricken from the records of the Court.

Deficiency Cure Date: 8/16/2019

FOR THE COURT:

Kenneth S. Gardner, Clerk

S. Potter

Deputy Clerk